THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYCHEL ANDERSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>ADCOM GROUP INC. and RICHARD HUNT,<br><br>        Defendants. | No.: 2:22-cv-01762–JHC<br><br>ORDER STAYING CIVIL ACTION |

THIS MATTER comes before the Court after the parties' filed an agreed stipulation (Dkt. 13) concerning an agreement to arbitrate. The Court reviewed the stipulation and orders the civil action stayed pending arbitration. The parties are directed to file a status report every six (6) months until arbitration is completed.

IT SO ORDERED this 13th day of February, 2023.

_____
HON. JOHN. H. CHUN
United States District Judge

Presented by:
ROCKE | LAW Group, PLLC

*/s/ Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Attorney for Defendant
Rocke Law Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670
aaron@rockelaw.com
*Attorneys for Defendants*

ORDER STAYING CASE

Page 1

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670

Notice of Presentation Waived and Approved as to Form:

| ANDERSON ALEXANDER | Frank Freed Subit & Thomas LLP |
|---|---|
| */s/ Clif Alexander* | */s/ Michael C. Subit* |
| Clif Alexander, Texas Bar No. 24064805 | Michael C. Subit, WSBA No.29189 |
| Austin Anderson, Texas Bar No. 24045189 | Frank Freed Subit & Thomas LLP |
| 101 N. Shoreline, Suite 610 | 705 Second Avenue, Suite 1200 |
| Corpus Christi, TX 78401 | Seattle, WA 98104 |
| (361) 452-1279 | (206) 682-6711 |
| clif@a2xlaw.com | msubit@frankfreed.com |
| austin@a2xlaw.com | *Attorneys for Plaintiff* |
| *Attorneys for Plaintiff, pro hac vice* | |

ORDER STAYING CASE

Page 2

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670

# DECLARATION OF SERVICE

I caused a copy of the foregoing [Proposed] Order Staying Civil Action to be served on the following in the manner indicated:

**Via E-Mail:**

Michael C. Subit, WSBA No. 29189
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com
Attorney for Plaintiff

Clif Alexander
Texas Bar No. 24064805
Austin Anderson
Texas Bar No. 24045189
819 N. Upper Broadway
Corpus Christi, TX 78401
(361) 452-1279
clif@a2xlaw.com
austin@a2xlaw.com
Attorney for Plaintiff

Jeremy Bartels, WSBA No. 36824
1600 Market Building
50 16th Ave, Suite A
Kirkland, WA 98033
(425) 629-3013
jeremy@bartelslegal.com
Attorney for Defendants

On today's date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my belief.

Signed and DATED this 13th day of February, 2023.

*s/ Elena Maltos*
Elena Maltos, Legal Assistant

ORDER STAYING CASE

Page 3

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670