Hon. John H. Chun

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYCHEL ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ADCOM GROUP INC. and RICHARD HUNT,<br><br>    Defendants. | Case No. 2:22-CV-01762-JHC<br><br>**ORDER APPROVING FLSA SETTLEMENT** |

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Approve FLSA Settlement. (Doc. 16). The Court reviewed the motion and the declaration of counsel and determines the settlement agreement submitted to the Court's chambers constitutes a fair and reasonable resolution of a *bona fide* dispute. The Court therefore GRANTS the motion and dismisses this action with prejudice, with each party to bear their own costs.

IT SO ORDERED this 26th day of October 2023.

*John H. Chun*
John H. Chun
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd., Ste 610
Corpus Christi, TX 78401
(361) 452-1279

Presented by:

ANDERSON ALEXANDER, PLLC

*s/ Austin W. Anderson*
Clif Alexander *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
Austin Anderson *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
101 N. Shoreline Blvd., Ste. 610
Corpus Christi, TX 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
Email: clif@a2xlaw.com
austin@a2xlaw.com

FRANK FREED SUBIT & THOMAS LLP

Michael C. Subit, WSBA # 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711
Email: msubit@frankfreed.com

*Attorneys for Plaintiff*